No. 75. FEDERAL TRADE COMMISSION *v.* MOTION PICTURE ADVERTISING SERVICE CO., INC., 344 U. S. 392;

No. 102. BRATBURD ET AL. *v.* MARYLAND, 344 U. S. 908;

No. 320. STONE *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO., 344 U. S. 407;

No. 365. DRAGNA *v.* CALIFORNIA, 344 U. S. 921;

No. 425. HOLMES PROJECTOR CO. *v.* UNITED STATES, 344 U. S. 912;

No. 465. AIR TRANSPORT ASSOCIATES, INC. *v.* CIVIL AERONAUTICS BOARD, 344 U. S. 922;

No. 481. CLAWSON *v.* UNITED STATES, 344 U. S. 929;

No. 485. PENN *v.* COMMISSIONER OF INTERNAL REVENUE, 344 U. S. 927;

No. 491. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES, 344 U. S. 928;

No. 503. HERRIN TRANSPORTATION CO., INC. ET AL. *v.* UNITED STATES ET AL., 344 U. S. 925;

No. 505. MALONE FREIGHT LINES, INC. *v.* UNITED STATES, 344 U. S. 925; and

No. 507. WEISS *v.* UNITED STATES, 344 U. S. 934. Petitions for rehearing denied.

No. 80, Misc., October Term, 1950. GIBBS *v.* BUSHONG, SUPERINTENDENT, 340 U. S. 804. Motion for leave to file petition for rehearing denied.

MARCH 16, 1953.

No. 10, Original. ARIZONA *v.* CALIFORNIA ET AL. The motion of Sidney Kartus et al. for leave to intervene is denied. *Samuel Langerman* was on the motion to intervene. *Ross F. Jones,* Attorney General of Arizona, *John Hanley Eversole,* Chief Assistant Attorney General, *John H. Moeur, Burr Sutter* and *Perry M. Ling* were on a brief for complainant in opposition to the motion to intervene.